**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**August 8, 2007**

**Elisabeth A. Shumaker**
**Clerk of Court**

PUBLISH

_____UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

_____

HARVEY FRANK ROBBINS,

        Plaintiff-Appellee,

    v.

CHARLES WILKIE, DARRELL
BARNES, TERYL SHRYACK,
MICHAEL MILLER, GENE LEONE,
and DAVID L. WALLACE,

        Defendants-Appellants.

_____

PACIFIC LEGAL FOUNDATION, NEW
MEXICO CATTLE GROWERS
ASSOCIATION, WASHINGTON FARM
BUREAU, IDAHO FARM BUREAU,
IDAHO COUNTY FARM BUREAU,
OWYHEE COUNTY FARM BUREAU,
WASHINGTON STATE GRANGE, and
NEW MEXICO FEDERAL LANDS
COUNCIL,

        Amicus Curiae.

No. 04-8016
(D. Wyoming)
(D.C. No. 98-CV-201-CAB)

_____

**ORDER**

_____

Before **KELLY**, **HENRY,** and **MURPHY**, Circuit Judges.

_____

This matter is before us upon remand from the United States Supreme Court.  The Court granted defendants' petition for writ of certiorari and reversed our prior judgment in favor of plaintiff Harvey Frank Robbins, *Wilkie v. Robbins*, 127 S. Ct. 2588 (2007).  Consistent with the Supreme Court's decision, we **VACATE** our judgment in *Robbins v. Wilkie*, 433 F.3d 755 (10th Cir. 2006), and **DISMISS** the appeal.  The case is **REMANDED** to the United States District Court for the District of Wyoming for further proceedings in accordance with the opinion of the United States Supreme Court.

Entered for the Court
Elisabeth A. Shumaker, Clerk


By:
        Deputy Clerk